**Fill in this information to identify the case:**

United States Bankruptcy Court for the:
DISTRICT OF DELAWARE

Case number *(if known)* _____  Chapter  7

☐ Check if this is an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **LifeDojo Inc.** |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **46-4037682** |

| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|---|---|
| | | **333 SE 2nd Ave, Miami, FL 33131** <br> Number, Street, City, State & ZIP Code | **2200 Paseo Verde Parkway #280, Henderson, NV 89052** <br> P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Miami-Dade** <br> County | **Location of principal assets, if different from principal place of business** <br><br> Number, Street, City, State & ZIP Code |

| 5. | **Debtor's website** (URL) | **https://ontrakhealth.com/** |
|---|---|---|

| 6. | **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
|---|---|---|
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

Debtor  **LifeDojo Inc.**  Case number (*if known*) _____
          Name

**7. Describe debtor's business**

A. *Check one:*

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☒ None of the above

B. *Check all that apply*

- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
   6213

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

- ☒ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11. *Check all that apply:*
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

- ☒ No.
- ☐ Yes

District _____  When _____  Case number _____
District _____  When _____  Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

- ☐ No
- ☒ Yes.

Debtor __LifeDojo Inc._____    Case number (*if known*) _____
      Name

List all cases. If more than 1, attach a separate list

Debtor    See attached rider                                    Relationship _____
District _____ When _____ Case number, if known _____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☒ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes   Insurance agency _____
       Contact name _____
       Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☒ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☒ 1-49           ☐ 1,000-5,000        ☐ 25,001-50,000
☐ 50-99          ☐ 5001-10,000        ☐ 50,001-100,000
☐ 100-199       ☐ 10,001-25,000     ☐ More than 100,000
☐ 200-999

**15. Estimated Assets**

☒ $0 - $50,000              ☐ $1,000,001 - $10 million       ☐ $500,000,001 - $1 billion
☐ $50,001 - $100,000      ☐ $10,000,001 - $50 million      ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000      ☐ $50,000,001 - $100 million    ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million      ☐ $100,000,001 - $500 million   ☐ More than $50 billion

**16. Estimated liabilities**

☒ $0 - $50,000              ☐ $1,000,001 - $10 million       ☐ $500,000,001 - $1 billion
☐ $50,001 - $100,000      ☐ $10,000,001 - $50 million      ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000      ☐ $50,000,001 - $100 million    ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million      ☐ $100,000,001 - $500 million   ☐ More than $50 billion

Debtor  LifeDojo Inc.                                              Case number (*if known*) _____
         Name

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **August 29, 2025**
             MM / DD / YYYY

X  *James Park*                                           James Park
   Signature of authorized representative of debtor        Printed name

Title  **Authorized Representative**

**18. Signature of attorney**

X  *Joseph M. Mulvihill*                                  Date  **August 29, 2025**
   Signature of attorney for debtor                              MM / DD / YYYY

**Joseph M. Mulvihill**
Printed name

**Young Conaway Stargatt & Taylor, LLP**
Firm name

**1000 N. King Street**
**Wilmington, DE 19801**
Number, Street, City, State & ZIP Code

Contact phone  **302-571-6600**     Email address  **jmulvihill@ycst.com**

**6061 DE**
Bar number and State

---

Official Form 201         **Voluntary Petition for Non-Individuals Filing for Bankruptcy**         page 4

## RIDER

## Pending Bankruptcy Cases Filed by the Debtor and Affiliates of the Debtor

On the date hereof, each of the entities listed below filed a petition in the United States Bankruptcy Court for the District of Delaware for relief under chapter 11 of title 11 of the United States Code.

| Debtor | Employer Identification Number |
|---|---|
| Ontrak, Inc. | 88-0464853 |
| LD Acquisition Holdings, Inc. | 85-4036193 |
| LifeDojo, Inc. | 46-4037682 |

# SECRETARY'S CERTIFICATE

The undersigned, being the Secretary of LifeDojo Inc., a Delaware corporation (the "Company"), hereby certifies as follows:

1. I am the duly qualified and elected Secretary of the Company and, as such, am familiar with the facts herein certified, and I am duly authorized to certify the same on behalf of the Company.

2. Attached hereto is a true and complete copy of the Action By Unanimous Written Consent of the Board of Directors (the "Board") of the Company (the "Written Consent"), duly adopted on August 28, 2025.

3. Such Written Consent has not been amended, altered, annulled, rescinded, or revoked, and is in full force and effect as of the date hereof.  There exist no other subsequent resolutions of the Board relating to the matters set forth in the Written Consent attached hereto.

IN WITNESS WHEREOF, the undersigned has executed this certificate as of the 28th day of August 2025.

*Susan Etzel*
Name: Susan Etzel

# ACTION BY UNANIMOUS WRITTEN CONSENT
# OF THE
# BOARD OF DIRECTORS
# OF
# LIFEDOJO INC.

August 28, 2025

The undersigned, constituting all of the members of the Board of Directors (the "<u>Board</u>") of LifeDojo Inc., a Delaware corporation (the "<u>Company</u>"), hereby unanimously consent to and adopt the following resolutions pursuant to Section 141(f) of the General Corporation Law of the State of Delaware (the "<u>DGCL</u>") and Article II, Section 2.8 of the Amended and Restated Bylaws of the Company, adopted October 28, 2020, and direct that this writing be filed with the minutes of proceedings of the Board:

**WHEREAS**, management of the Company is vested in the Board pursuant to Section 141(a) of the DGCL;

**WHEREAS**, the Board has reviewed and considered the financial and operational condition of the Company and the Company's business on the date hereof, the assets of the Company, the current and long-term liabilities of the Company, and the recommendations of the Company's legal and restructuring advisors as to the relative risks and benefits of pursuing a bankruptcy proceeding under the provisions of title 11 of the United States Code (the "<u>Bankruptcy Code</u>"); and

**WHEREAS**, the Board has determined that it is advisable and in the best interests of the Company and the Company's stakeholders, creditors, and other interested parties to commence a case (the "<u>Bankruptcy Case</u>") under chapter 7 of the Bankruptcy Code.

**NOW, THEREFORE, BE IT:**

<u>**Commencement and Prosecution of Bankruptcy Case**</u>

**RESOLVED**, that, in the judgment of the Board, it is desirable and in the best interests of the Company, the creditors of the Company, and other interested parties that a voluntary petition (the "<u>Petition</u>") be filed by or on behalf of the Company under the provisions of chapter 7 of the Bankruptcy Code with the United States Bankruptcy Court for the District of Delaware (the "<u>Bankruptcy Court</u>"); and it is further

**RESOLVED**, that the form, terms and provisions of, the execution, delivery and filing of, and the performance of the transactions and obligations contemplated by the Petition be, and they hereby are, authorized, approved and adopted in all respects and that any officer, director, or other authorized person of the Company (each, an "<u>Authorized Officer</u>" and collectively, the "<u>Authorized Officers</u>") be, and each of them, acting alone or in any combination, hereby is, authorized, directed, and empowered on behalf of and in the name of the Company (i) to execute and verify the Petition and all documents ancillary thereto, and to cause the Petition to be filed with the Bankruptcy Court, such Petition to be filed at such time as an Authorized Officer shall determine and to be in the form approved by such Authorized Officer, with the execution thereof

by any such Authorized Officer being conclusive evidence of the approval thereof by such Authorized Officer, and to take any and all related actions that the Authorized Officers may deem necessary or proper in connection with the filing of the Petition and commencement and prosecution of the Bankruptcy Case, including attending the meeting of creditors pursuant to section 341 of the Bankruptcy Code on behalf of the Company; (ii) to make or cause to be made prior to the execution thereof any modifications to the Petition or such ancillary documents that, in the judgment of the Authorized Officers, may be necessary, appropriate, or desirable, and (iii) to execute, verify, and file or cause to be filed all other petitions, schedules, lists, motions, applications, declarations, affidavits, and other papers or documents that, in the judgment of the Authorized Officers, may be necessary, appropriate, or desirable in connection with the foregoing; and it is further

### Retention of Professionals

**RESOLVED**, that the law firm of Young Conaway Stargatt & Taylor, LLP ("Young Conaway"), be and hereby is, authorized, directed, and empowered to represent the Company as its general bankruptcy counsel on the terms set forth in its engagement letter with the Company, which is hereby ratified and approved, and to represent and assist the Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Company's rights, including, without limitation, the preparation of certain documents to be filed simultaneously with the Petition or during the Bankruptcy Case, and in connection therewith, the Authorized Officers be, and each of them, acting alone or in any combination, with power of delegation, hereby is, authorized, directed, and empowered, on behalf of and in the name of the Company to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the Bankruptcy Case, and to cause to be filed an appropriate application for authority to retain the services of Young Conaway; and it is further

### General Resolutions

**RESOLVED**, that the Authorized Officers be, and hereby are, authorized, directed, and empowered, on behalf of and in the name of the Company, to perform the obligations of the Company under the Bankruptcy Code, with all such actions to be performed in such manner, and all such certificates, instruments, guaranties, notices, and documents to be executed and delivered in such form, as the Authorized Officers performing or executing the same shall approve, and the performance or execution thereof by the Authorized Officers shall be conclusive evidence of the approval thereof by the Authorized Officers and by the Company; and it is further

**RESOLVED**, that the Authorized Officers be, and hereby are, authorized, directed, and empowered, on behalf of and in the name of the Company, to take such actions and execute and deliver such documents as may be required or as the Authorized Officers may determine to be necessary, appropriate, or desirable to carry out the intent and purpose of the foregoing resolutions or to obtain the relief sought thereby, including, without limitation, the execution and delivery of any consents, resolutions, petitions, motions, applications, schedules, lists, declarations, affidavits, and other papers or documents, with all such actions to be taken in such manner, and all such petitions, schedules, lists, declarations, affidavits, and other papers or documents to be executed and delivered in such form as the Authorized Officers shall approve, the taking or execution thereof

by the Authorized Officers being conclusive evidence of the approval thereof by the Authorized Officers and the Company; and it is further

**RESOLVED**, that all of the acts and transactions relating to matters contemplated by the foregoing resolutions, which acts and transactions would have been authorized and approved by the foregoing resolutions except that such acts and transactions were taken prior to the adoption of such resolutions, be, and they hereby are, in all respects confirmed, approved, and ratified; and it is further

**RESOLVED**, that facsimile, photostatic, or other electronic copies of signatures to this consent shall be deemed to be originals and may be relied on to the same extent as the originals.

*[Signature Page Follows]*

**IN WITNESS WHEREOF**, the undersigned, constituting all of the members of the Board, have executed this unanimous written consent effective as of the date first above written.

**DIRECTOR:**

_____
Name: Brandon LaVerne

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ONTRAK, INC.<br>                     Debtor.[1] | Chapter 7<br><br>Case No. 25-_____ (___) |
| In re:<br><br>LD ACQUISITION HOLDINGS, INC.<br>                     Debtor. | Chapter 7<br><br>Case No. 25-_____ (___) |
| In re:<br><br>LIFEDOJO, INC.<br>                     Debtor. | Chapter 7<br><br>Case No. 25-_____ (___) |

**CONSOLIDATED CORPORATE OWNERSHIP STATEMENT AND LIST OF EQUITY SECURITY HOLDERS**

Pursuant to rules 1007(a)(1), 1007(a)(3), and 7007.1 of the Federal Rules of Bankruptcy Procedure, the above-captioned debtors (each, a "**Debtor**," and collectively, the "**Debtors**") hereby state as follows:

1. The mailing address for each Debtor is 2200 Paseo Verde Parkway, #280, Henderson, NV 89052.

2. The list of equity security holders for Ontrak, Inc. is attached hereto as **Exhibit A**.

3. Debtors LD Acquisition Holdings, Inc. and LifeDojo, Inc. are each wholly owned and controlled by Ontrak, Inc.

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of their federal tax identification numbers, are Ontrak, Inc. (4853), LD Acquisition Holdings, Inc. (6193), and LifeDojo, Inc. (7682). The Debtors' service address is 2200 Paseo Verde Parkway, #280, Henderson, NV 89052.

33518033.1

# Exhibit A

2

# Exhibit A

**Exhibit A**

```
AST3-111A-B                              EQUINITI  TRUST  COMPANY, LLC              08/18/2025           PAGE      1
                                         ***  LIST  OF  SHAREHOLDERS  ***
         COMPANY: 29284                            ONTRAK INC (NEW)


 0000010035        132,133    0000010006            1     0000010019          200    0000010054                 1
 CERT:    132,133   D/R:      CERT:         1    D/R:     CERT:       200   D/R:     CERT:         1    D/R:
 ACUITAS GROUP HOLDINGS LLC   AST EXCHANGE AGENT          PATRICIA BEDARD            WILLIAM BERGMANN
 611 N BRAND AVE STE 1300     PARTIAL PROCESSING SHARES FOR CIL  14 LAUREL LANE      322 HIDDEN CREEK LN
 GLENDALE, CA 91203-3213      6201 15TH AVE                CHAPPAQUA, NY 10514-3803  FRONT ROYAL, VA 22630-6336
                              BROOKLYN, NY 11219-5411


 0000010048             1     0000010040            8     0000010001      8,945,364  0000010037                 1
 CERT:         1    D/R:      CERT:         8    D/R:     CERT:   8,945,364 D/R:     CERT:         1    D/R:
 BEXLEY PARTNERS,L.P.         CHRISTINE BYRNE              CEDE & CO (FAST ACCOUNT)  C.F. PARTNERS,L.P.
 49 PLEASANT RIDGE RD.        5227 NY-22                   570 WASHINGTON BLVD       49 PLEASANT RIDGE RD.
 HARRISON, NY 10528-1233      AMENIA NY 12501              JERSEY CITY, NJ 07310-1617 HARRISON, NY 10528-1233


 0000010036             1     0000010038            1     0000010039            1    0000010028                 1
 CERT:         1    D/R:      CERT:         1    D/R:     CERT:         1   D/R:     CERT:         1    D/R:
 CUMMINS CHILDREN'S TRUST     LISA CUMMINS                 MARC CUMMINS,SEP IRA      MARC CUMMINS
 49 PLEASANT RIDGE RD.        49 PLEASANT RIDGE RD.        49 PLEASANT RIDGE RD.     49 PLEASANT RIDGE RD.
 HARRISON, NY 10528-1233      HARRISON, NY 10528-1233      HARRISON, NY 10528-1233   HARRISON, NY 10528-1233


 0000010011            17     0000010029            5     0000010025            1    0000010052                 1
 CERT:        17    D/R:      CERT:         5    D/R:     CERT:         1   D/R:     CERT:         1    D/R:
 DALTON PARTNERS LLC          DC CONSULTING LLC            JOHN E DEEB               O'NEIL G DEZONIE
 7 OAKSTWAIN ROAD             1045 PRIMERA BLVD            807 LINDA FLORA DRIVE     P O BOX 26801
 SCARSDALE, NY 10583-2019     SUITE 1033                   LOS ANGELES, CA 90049-1628 BALTIMORE, MD 21212-0801
                              LAKE MARY, FL 32746-2178


 0000010050            47     0000010012            9     0000010046            6    0000010042                 1
 CERT:        47    D/R:      CERT:         9    D/R:     CERT:         6   D/R:     CERT:         1    D/R:
 ESOUSA HOLDINGS LLC          KURT FRIEDMANN               JUSTIN FRONHEISER         ELIZABETH GILLIS
 18 DOLMA RD                  781 PEACH ST                 138 STONE RIDGE RD        3979 CLOVER LN
 SCARSDALE, NY 10583-4506     SAN LUIS OBISPO, CA 93401-2214  ALBRIGHTSVLLE, PA 18210-3754  DALLAS, TX 75220-3703
```

```
AST3-111A-B                                      EQUINITI TRUST COMPANY, LLC                    08/18/2025              PAGE    2
                                              ***  LIST  OF  SHAREHOLDERS  ***
         COMPANY: 29284                                    ONTRAK INC (NEW)


  0000010043                    1   0000010007                    27   0000010041        2,305,480    2,305,480   0000010047                    2
  CERT:          1    D/R:          CERT:         27    D/R:           CERT:      2,305,480   D/R:                CERT:          2    D/R:
  ELIZABETH GILLIS CUST              EDWARD HERRICK                     HUMANITARIO CAPITAL LLC                   SUNMI JANICEK
  LUCA CRICENTI                      PO BOX 2675                        200 DORADO BEACH DRIVE #3831              23 OAKHURST RD
  UNDER THE TX UNIF GIFT MIN ACT     TELLURIDE, CO 81435-2675           DORADO, PR 00646-2255                     IRVINE, CA 92620-1234
  UNTIL AGE 21
  3979 CLOVER LN
  DALLAS, TX 75220-3703


  0000010009                   50   0000010026                     1   0000010022               51          51   0000010023                   51
  CERT:         50    D/R:          CERT:          1    D/R:            CERT:         51    D/R:                  CERT:         51    D/R:
  JD INVESTMENT LLC                  AL KAU                              CHLOE ANNE KOEKEMOER                     JACOBUS KOEKEMOER
  PO BOX 2675                        33671 CHULA VISTA                   17 OWL ROCK ROAD                         17 OWL ROCK ROAD
  TELLURIDE, CO 81435-2675           MONARCH BEACH, CA 92629-1624        ONRUS 7201 HERMANUS                      ONRUS 7201 HERMANUS
                                                                        SOUTH AFRICA                             SOUTH AFRICA


  0000010014                   15   0000010017                   104   0000010044                1           1   0000010018                    6
  CERT:         15    D/R:          CERT:        104    D/R:            CERT:          1    D/R:                  CERT:          6    D/R:
  EQUITY TRUST COMPANY CUSTODIAN     LAUNCHPAD DIGITAL HEALTH LLC        CHRISTOPHER LIN                          IRENE MALATESTA
  FBO MAURICE B LAMPL III            TWO EMBARCADERO CENTER              2728 SPRINGHURST ST                      3817 26TH STREET
  IRA (ACCOUNT NUMBER 200358140)     30TH FLOOR                          YORKTOWN, NY 10598-3121                  SAN FRANCISCO, CA 94131-2007
  451 ROBERTS RD                     SAN FRANCISCO, CA 94111-3803
  PACIFICA, CA 94044-3248


  0000010053                    1   0000010051                   618   0000010013                9           9   0000010032                    1
  CERT:          1    D/R:          CERT:        618    D/R:            CERT:          9    D/R:                  CERT:          1    D/R:
  PERVAIZ MEGHANI                    THE MONEY CHANNEL NYC INC           OAKSTWAIN LLC                            ERNEST PELLEGRINO
  28919 GERONIMO DR                  48 WALL STREET, 11TH FLOOR          7 OAKSTWAIN ROAD                         35 JOHANNA LANE
  RCH PALOS VRD, CA 90275-3033       NEW YORK, NY 10005-2887             SCARSDALE, NY 10583-2019                 STATEN ISLAND, NY 10309-3632


  0000010016                   49   0000010034                     1   0000010027                5           5   0000010045                   83
  CERT:         49    D/R:          CERT:          1    D/R:            CERT:          5    D/R:                  CERT:         83    D/R:
  GARDNER PRESCOTT                   JED RAYNOR                          REDCHIP COMPANIES INC                    STARTUP HEALTH INNOVATION FUND, L.P.
  TECHNOLOGY VENTURES LLC            140 SOUTH OCEAN AVE                 500 WINDERLEY PLACE                      2000 BROADWAY, 18TH FLOOR
  4401 WILSON BLVD 4TH FLOOR         FREEPORT, NY 11520-4453             SUITE 100                                NEW YORK, NY 10023-5028
  ARLINGTON, VA 22203-4194                                               MAITLAND, FL 32751-7406
```

```
AST3-111A-B                                    EQUINITI TRUST COMPANY, LLC                      08/18/2025           PAGE    3
                                               ***  LIST  OF  SHAREHOLDERS  ***
         COMPANY: 29284                                    ONTRAK INC (NEW)


0000010015                     9     0000010030                 1     0000010031                  1     0000010010                    99
CERT:       9    D/R:                 CERT:         1    D/R:          CERT:         1    D/R:           CERT:        99    D/R:
STARTUP HEALTH TRANSFORMER FUND II L.P  JOSEPH P SULLIVAN             TAVAD                             TELLURIDE VENTURE FUND LP
2000 BROADWAY, FLOOR 18               184 S CAMERLINA AVE              AVDA FUENTELARREINA 8             PO BOX 3271
NEW YORK, NY 10023-5028               LOS ANGELES CA 90049             MADRID 28035                      TELLURIDE, CO 81435-3271
                                                                       SPAIN


0000010020                    49     0000010008                 3     0000010021                 18     0000010049                     1
CERT:      49    D/R:                 CERT:         3    D/R:          CERT:        18    D/R:           CERT:         1    D/R:
TELLURIDE FOUNDATION                  TURTLEBRIDGE LLC                 VARUN VUMMIDI                     DANIEL J WALSH
220 E COLORADO AVE                    28 LIBERTY STREET SUITE 2850     F 601 ROHAN JHAROKA PHASE 1       112 TWIN OAKS DRIVE
NUMBER 106                            NEW YORK, NY 10005-1519          YEMALUR MAIN ROAD KEMPAPURA       KINGS PARK, NY 11754-1226
TELLURIDE, CO 81435-5049                                               BENGALURU 560037 KARNATAKA
                                                                       INDIA


0000010024                     1     0000010033                 1
CERT:       1    D/R:                 CERT:         1    D/R:
BRUCE M WERMUTH                       LISA WILSON
2190 COWPER ST                        211 EAST 70TH STREET 30G
PALO ALTO, CA 94301-3963              NEW YORK, NY 10021-0103
```

```
AST3-111A-B                              EQUINITI TRUST COMPANY, LLC              08/18/2025      PAGE    4
                                      ***  LIST  OF  SHAREHOLDERS  ***
       COMPANY: 29284                         ONTRAK INC (NEW)


TOTAL NUMBER OF SHARES SELECTED  :         11,384,539.000

TOTAL NUMBER OF ACCOUNTS SELECTED:                 50
```

**Fill in this information to identify the case:**

Debtor name     LifeDojo Inc.

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.   Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.   Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.   18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☒ Other document that requires a declaration     Corporate Ownership Statement

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **August 29, 2025**         X *James Park*
                                            Signature of individual signing on behalf of debtor

                                            **James Park**
                                            Printed name

                                            **Authorized Representative**
                                            Position or relationship to debtor